FILED
2007 OCT 15 PM 4: 53

CLERK US ...
SOUTHERN DIST...

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 07mj2445 |
|---|---|
| Plaintiff, vs. QING LI, Defendant. | Order Granting Government's Motion for Stay of Release Order |

Bail in the above-entitled matter having been set in the amount of $500,000, and an objection having been filed by the United States Attorney for the Southern District of California,

Now, therefore, the Court hereby orders that the release of the Defendant be stayed pending this Court's determination of the Government's motion for revocation of the release order.

**IT IS SO ORDERED.**

Dated: 10/15/07

HON. IRMA E. GONZALEZ, Chief Judge
United States District Court
Southern District of California

07mj2445